IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS SAVAGE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 2:05-CV-1076-F |
| ) | |
| D. T. MARSHALL, et al., ) | |
| ) | |
| Respondents. ) | |

ORDER ON MOTION

Upon consideration of the motion for leave to proceed *in forma pauperis* filed by the petitioner (Court Doc. No. 2), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 10th day of November, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE