IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS SAVAGE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-1076-F |
| ) | |
| D. T. MARSHALL, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that the order entered on November 10, 2005 requiring financial information from Savage (Court Doc. No. 5) be and is hereby VACATED.

Done this  22nd  day of November, 2005.

/s/ Delores R. Boyd

UNITED STATES MAGISTRATE JUDGE