IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS SAVAGE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-1076-F |
| | ) |
| D. T. MARSHALL, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to proceed *in forma pauperis* filed by the petitioner on November 18, 2005 (Court Doc. No. 6), and as this court granted Savage *in forma pauperis* status on November 10, 2005, *see Court Doc. No. 4*, it is

ORDERED that this motion be and is hereby DENIED as moot.

Done this 22nd day of November, 2005.

/s/ Delores R. Boyd

UNITED STATES MAGISTRATE JUDGE