In the United States District Court
for the Middle District of Alabama

Thomas Savage, )
    Petitioner, )
-Versus- ) Case no.# 05-CV-1076
D.T. Marshall, et al., )
    Respondents. )

RECEIVED
2006 DEC 20  A 9:20
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

"Motion to Amendment"

The Petitioner comes now with the Motion to Amendment, pursuant to Rule 15(a), of the Federal Rules of Civil Procedure, Amend to Ground One, that: the Respondents has failed to afford the Petitioner substantive due process of efficient., Affidavit, Complaint, Warrant of Arrest, Indictment, thereby, the Petitioner's Attorney can not arraign defend, plead, effect subpoena purpose, in his State Court Proceeding,

Wherefore, the Petitioner prays that the Court grant the Motion to Amendment, with leave to so, amend,

                     Thomas Savage
                     Petitioner

This the 17th day of December, 2006.