In the United States District Court
for the Middle District of Alabama
Northern Division
Case no.#05-CV-1076-WKW

To: DeLores R. Boyd, United States
Magistrate Judge, "Notice"

RECEIVED
2006 DEC 27 A 10: 26
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Dear Mrs. Boyd,
I hope this notice find you in the Christmas Spirit. Enjoying Life to it fully, I hope. I am writing you to let you know that your Recommendation are confined, due to its only setout that I has failed to exhaust State Remedies, post-conviction action, however, your Recommendation has failed to setout, if the Petitioner are unlawfully imprison, thereby, the Court, should had allowed the Petitioner to setout where the State Government violated the Constitution, Treaties, Laws, of the United States or the State of Alabama, thereby, the Court's Recommendation is unconstitutional on its face, as though, the State and Federal Government are free from any arbitrary acts, thereby, the Court shall reframe from its unconstitutional action.

Thomas Savage, Petitioner
M.C.D.F.
P.O. Box 4599
Montgomery, Alabama
36103.
This the 25th day of December, 2006.

"Certificate of Service"

Hereby Petitioner served a copy of the Notice, upon Respondent's Attorney, whose name is Troy King, whose address is 101 South Union Street, Montgomery, Alabama, zip code 36104, by placing a copy of the same, into the U.S. Mail Service, for prompt service thereof, during this the 25th day of December, 2006,

Thomas Savage
Petitioner

Petitioner's Address
M.C.D.F.
P.O. Box 4599
Montgomery, Alabama
    36103.