IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS SAVAGE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   CASE NO. 2:05-CV-1076-WKW |
| | ) |
| D. T. MARSHALL, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to amend filed by the petitioner on December 20, 2006 (Court Doc. No. 13), and as the petitioner merely clarifies the issues pending before this court, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 8th day of January, 2007.

                                              /s/ Terry F. Moorer
                                            TERRY F. MOORER
                                            UNITED STATES MAGISTRATE JUDGE