IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS SAVAGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-1076-WKW |
| ) | (WO) |
| D.T. MARSHALL and TROY KING, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On December 13, 2006, the Magistrate Judge filed a Recommendation (Doc. # 11) in this case. Plaintiff timely filed objections on December 20 and 27, 2006. (Docs. # 12, 14.) Upon an independent and de novo review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. #11) is ADOPTED; and

2. Plaintiff's Objections (Doc. # 12, 14) are OVERRULED.

An appropriate judgment will be entered.

DONE this the 18th day of January, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE