In the United States District Court
for the Middle District of Alabama
Northern Division

Thomas Savage,
    Petitioner,
-Versus-
D. T. Marshall, et al.,
    Respondents.

Case no.: #CV-05-1076-WKW

RECEIVED 2007 JAN 22 A 9:58
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

"Motion to Amendment"

The Petitioner comes now with the Motion to Amendment, pursuant to Rule 15(a), of the Federal Rules of Civil Procedure, amend to 5., on the face of the Petitioner's Petition for Habeas Corpus, that: The Respondents are acting under color of State Law, has unlawfully imprison the Petitioner, now the Respondents are trying to conceal its transgressions of the law, as the Circuit Court judge, of the State of Alabama, has Pocket vetoed the Petitioner's Motion, the Petitioner's Motion have on its face existing laws, of the State of Alabama, thereby, the Respondents are subjecting the Petitioner to cruel an unusual punishment, without affordden the Petitioner Substantive due process of the Constitution of 1901, of the State of Alabama, thereby, the State judge has denied the Petitioner within its official capacity equal protection of the law, thereby, thereby, the Petitioner is unable to exhaust available State Court remedies, therefore, the Petitioner prays that the Court grant the Motion t Amendment, with leave to, so amend, This the 17th day of January, 2007, Thomas Savage Petitioner.

"Certificate of Service"

Hereby Petitioner served a copy of the Motion to Amendment, upon Respondent's Attorney, who name is Troy King, whose address is 101 South Union Street, Montgomery, Alabama, Zip Code 36104, by placing a copy of the same, into the U.S. Mail Service, for prompt service thereof, during this the 17th day of January, 2007,

Thomas Savage
Petitioner

Petitioner's Address
M.C.D.F.
P.O. Box 4599
Montgomery, Alabama
    36103.

Booking no.# 84966.



MONTGOMERY AL 361

19 JAN 2007 PM 4 L

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711.

Thomas Savage, #84966
M.C.D.F.
P.O. Box 4599
Montgomery, Alabama
36103.