IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS SAVAGE, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   CASE NO. 2:05-CV-1076-WKW |
| | ) |
| D. T. MARSHALL, et al., | ) |
| | ) |
|     Respondents. | ) |

**ORDER ON MOTION**

On January 22, 2007, the petitioner filed a motion to amendment (Court Doc. No. 19) in which he seeks to assert additional claims challenging adverse actions taken by the Circuit Court of Montgomery County, Alabama in his criminal case. The court entered final judgment in this federal habeas action on January 18, 2007 (Court Doc. No. 18). Moreover, the allegations set forth in the motion to amendment in no way affect the judgment entered in this case as it is clear that the petitioner has remedies available to him before the state courts wherein he may present such claims for relief. Accordingly, it is

ORDERED that the motion to amendment be and is hereby DENIED.

Done this 23rd day of January, 2007.

                                              /s/ Terry F. Moorer
                                        TERRY F. MOORER
                                        UNITED STATES MAGISTRATE JUDGE